THE HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN ANDREW LASYONE,<br><br>Defendant. | NO. CR06-5133 JKR<br><br>ORDER EXTENDING TIME<br>TO FILE INDICTMENT |

The Court, having reviewed the stipulation by the parties, hereby finds that the reasons set forth therein for the requested two week extension to file an indictment against the defendant establish that the ends of justice served by granting the extension outweigh the best interest of the public and the defendant in a speedy trial, Accordingly,

IT IS HEREBY ORDERED that the date on or before which an indictment in this case must be filed against the defendant shall be extended from January 26, 2007 to February 19, 2007.

IT IS FURTHER ORDERED that the period of delay from January 31, 2007 to February 19, 2007 is excludable time pursuant to 18 U.S.C. Secs 3161 through 3164.

ENTERED this 25th day of January, 2007.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER EXTENDIING TIME
TO FILE INDICTMENT- 1

JEFFREY STEINBORN, PLLC
1800 SEATTLE TOWER
1218 THIRD AVENUE
SEATTLE, WASHINGTON 98101
(206) 622-5117 • FAX: (206) 622-3848

1

2  Presented by:

3

4  Defendant Justin Lasyone represented by:
   JEFFREY STEINBORN, PLLC
   s/ Jeffrey Steinborn, WSBA # 1938
5  1218 Third Avenue, Suite 1800
   Seattle, Washington 98101
6  Phone: 206-622-5117
   Fax:  206-622-3848
7  js@surlaw.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER EXTENDIING TIME
TO FILE INDICTMENT- 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of January, 2007, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the Plaintiff (s) and Defendant(s). I hereby certify that I have served any other parties of record that are non CM/ECF participants via Tele-fax/US postal mail.

Dated this 24th day of January, 2007.

s/Tracee Tomich
Legal Assistant
JEFFREY STEINBORN, PLLC
Counsel for Defendant Lasyone
1218 Third Avenue, Suite 1800
Seattle, Washington 98101
Phone: 206-622-5117
Fax: 206-622-3848
Email: tt@surlaw.com

ORDER EXTENDIING TIME
TO FILE INDICTMENT- 3

JEFFREY STEINBORN, PLLC
1800 SEATTLE TOWER
1218 THIRD AVENUE
SEATTLE, WASHINGTON  98101
(206) 622-5117 • FAX: (206) 622-3848